NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAMON PAYANO and ANGELA
PAYANO,

        Appellants,

v.

SECURITY FIRST INSURANCE
COMPANY,

        Appellee.

Case No. 2D19-1715

Opinion filed September 16, 2020.

Appeal from the Circuit Court for
Hillsborough County; Martha J. Cook,
Judge.

Melissa A. Giasi of Giasi Law, P.A., Tampa,
for Appellants.

Mark D. Tinker and Aram P. Megerian of
Cole, Scott & Kissane, P.A., Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.